# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 23-22032-CMB |
| Highland Property, LLC, | ) |
| **Debtor,** | ) Chapter 11 |
| | ) |
| Highland Property, LLC, | ) |
| **Movant,** | ) |
| v. | ) |
| No Respondent. | ) Document No.  60 |

## ORDER OF COURT

AND NOW, this __22nd__ day of __January__, 2024, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Debtor's Motion to Extend Comply with Court Order Deadlines in Docket Number 52 is **GRANTED.**

1. The deadline for Debtor to file proof of insurance is extended

By the Court,

_____ dmk
**Honorable Carlota M. Böhm**
**United States Bankruptcy Judge**

FILED
1/22/24 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22032-CMB |
| Highland Property, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA 15012-4501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 24, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| Andrew Kevin Pratt | on behalf of Debtor Highland Property  LLC apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Highland Property  LLC dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Jodi Hause | |

District/off: 0315-2                                  User: auto                                      Page 2 of 2
Date Rcvd: Jan 22, 2024                         Form ID: pdf900                              Total Noticed: 1

        on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
        David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Vincent DiMaiolo
        on behalf of Creditor Secured Investment High Yield Fund II  LLC vdimaiolo@feinsuch.com

TOTAL: 7