

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

---

*William S. Moorhead Federal Building*  *(412) 644-4756*
*1000 Liberty Avenue. Suite 1316*  *fax (412) 644-4785*
*Pittsburgh, PA   15222*

# MINUTES OF §341 MEETING OF CREDITORS
# CHAPTER 11

IN RE:

Highland Property, LLC                                                    Case No. 23-22032 CMB

Chapter 11

    Debtor

The adjourned §341(a) Meeting of Creditors was **convened telephonically** on January 29, 2024 and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9


By: /s/ *Jodi L. Hause*
    Jodi L. Hause
    Trial Attorney
    Presiding Officer
    Jodi.Hause@usdoj.gov


Date: January 29, 2024