IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-22032 |
| HIGHLAND PROPERTY, LLC | ) | |
|     Debtor | ) | Chapter 11 |
| | ) | |
| | ) | Judge Carlota M. Bohm |
| | ) | |
| JOSEPH FEDERER | ) | Related to Document No.: |
|     Movant | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for Joseph Federer ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted

    /s/ David B. Bassi
    David B. Bassi, Esq.
    PA I.D. 323306
    111 Fallowfield Ave
    P.O. Box 144
    Charleroi, PA 15022
    Telephone: (724) 483-5502
    Fax No.: (724) 483-1629
    Email: dbassi@bmvlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-22032 |
| HIGHLAND PROPERTY, LLC | ) | |
|     Debtor | ) | Chapter 11 |
| | ) | |
| | ) | Judge Carlota M. Bohm |
| | ) | |
| JOSEPH FEDERER | ) | Related to Document No.: |
|     Movant | ) | |
| | ) | |
| No Respondent(s) | ) | |

CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 5, 2024.

Service by ECF:
Jodi Hause on behalf of U.S. Trustee Office of the Untied States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.gov; steven.W.A.albright@usdoj.gov
Donald R. Calaiaro, Attorney for Highland Property, LLC, dcalaiaro@c-vlaw.com
Andrew Kevin Pratt, Attorney for Highland Property, LLC, apratt@c-vlaw.com

Service by First-Class Mail:
Highland Property, LLC and Bruce A. Roberts, 1364 Rostraver Road, Belle Vernon, PA 15012

Date: February 5, 2024

Respectfully submitted

    /s/ David B. Bassi
    David B. Bassi, Esq.
    PA I.D. 323306
    111 Fallowfield Ave
    P.O. Box 144
    Charleroi, PA 15022
    Telephone: (724) 483-5502
    Fax No.: (724) 483-1629
    Email: dbassi@bmvlaw.com