## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Highland Property, LLC  Case No. 23-22032 CMB

Chapter 11

Debtor

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Elvina Rofael on behalf of the United States Trustee in the above captioned matter.

Respectfully Submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9


By:    */s/ Elvina Rofael*
Elvina Rofael, Trial Attorney
California ID #333919
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1316
Pittsburgh, Pennsylvania 15222
(412) 644-4756 Telephone
Elvina.Rofael@usdoj.gov