IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| IN RE:<br><br>HIGHLAND PROPERTY, LLC,<br><br>Debtor. | Case Number: 23-22032-CMB<br><br>Chapter 11 |
|---|---|
| UNITED STATES TRUSTEE,<br><br>Movant,<br><br>v.<br><br>HIGHLAND PROPERTY, LLC,<br><br>Respondent. | Related to Doc. Nos. 68 & 69<br><br>Hearing Date & Time:<br>April 11, 2024 at 1:30 p.m.<br><br>Response Deadline:<br>March 25, 2024 |

**CERTIFICATE OF SERVICE OF MOTION OF THE UNITED STATES TRUSTEE TO DISMISS OR CONVERT DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)**

I certify under penalty of perjury that copies of the *Motion of the United States Trustee to Dismiss or Convert Debtor's Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* and *Notice of Hearing with Response Deadline* was served on the parties at the addresses specified below on March 8, 2024. The type of service made was electronic notice using First-Class Mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 8, 2024

By:/s/ Griselda Orozco
Griselda Orozco
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

1

## Exhibit A - Certificate of Service
## Highland Property, LLC 23-22032

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 14693 | 95 West Beau Street Ste. 525 , 95 Wet Beau Street Ste. 525, Washington, PA, 15301 | First Class |
| 14693 | Andrew Kevin Pratt, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA, 15222, United States of America, apratt@c-vlaw.com | First Class |
| 14693 | Andrew Kevin Pratt , Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA, 15222, United States of America | First Class |
| 14693 | Authority of Borough of Charleroi , 3 McKean Ave., Charleroi, PA, 15022-1436 | First Class |
| 14693 | Bankruptcy Division , Pennsylvania Department of Revenue, P.O. Box 280946, Harrisburg, PA, 17128-0946 | First Class |
| 14693 | Bassi Vreeland Associates, David Bradley Bassi, 111 Fallowfield Ave., P.O. Box 144, Charleroi, PA, 15022, United States of America, dbassi@bmvlaw.com | First Class |
| 14693 | CALAIARO VALENCIK, Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA, 15222-3708, United States of America, dcalaiaro@c-vlaw.com | First Class |
| 14693 | Charleroi Borough Garbage , 338 Fallowfield Ave.., Charleroi, PA, 15022-1409 | First Class |
| 14693 | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS, OH, 43215-4157 | First Class |
| 14693 | Columbia Gas of PA, P.O. Box 2318, Columbus, OH, 43216 | First Class |
| 14693 | Dennis J. Spyra, Esquire , 3265 Long Hollow Road, Elizabeth, PA, 15037-9425 | First Class |
| 14693 | Fein, Such, Kahn & Shepard, P.C., Vincent DiMaiolo, 6 Campus Drive, Ste 304, Parsippany, NJ, 07054, United States of America, vdimaiolo@feinsuch.com | First Class |
| 14693 | Highland Property, LLC, 1364 Rostraver Road, WESTMORELAND-PA, Belle Vernon, PA, 15012, United States of America | First Class |
| 14693 | Highland Property, LLC , 1364 Rostraver Road, Belle Vernon, PA, 15012-4501, United States of America | First Class |
| 14693 | Joseph Federer , 209 West 13th St, Donora, PA, 15033-2034 | First Class |
| 14693 | KML Law Group PC, Denise Carlon, 701 Market Street, Suite 5000, Philadelphia, PA, 19106, United States of America, dcarlon@kmllawgroup.com | First Class |
| 14693 | Lake City Servicing , Secured Investment Corp., 701 E. Front Ave., Suite 201, Coeur D Alene, ID, 83814-4914 | First Class |
| 14693 | Manley Deas Kochalski LLC, Alyk L Oflazian, 1555 Lake Shore Drive, Attn: Bankruptcy Department, Columbus, OH, 43204, United States of America, amps@manleydeas.com | First Class |
| 14693 | Mon Valley Sewage Authority , 20 S. Washington Street, Donora, PA, 15033-1394 | First Class |
| 14693 | PNC Bank , 840 Rostraver Road, Belle Vernon, PA, 15012-1945 | First Class |
| 14693 | PNC Bank N.A. , 3232 Newmark Drive, Miamisburg, OH, 45342 | First Class |
| 14693 | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND, OH, 44101-4982, United States of America | First Class |
| 14693 | Ringold School District , c/o Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA, 19406-2726 | First Class |
| 14693 | SECURED INVESTMENT HIGH YIELD FUND II, LLC , ATTN: VINCENT DIMAIOLO, JR. ESQ., FEIN, SUCH, KAHN & SHEPARD, P.C., 7660 IMPERIAL WAY, SUITE 121, ALLENTOWN, PA, 18195-1022 | First Class |
| 14693 | Special Procedures Division , Internal Revenue Service , P.O. Box 628, Bankruptcy Section, Pittsburgh, PA, 15230 | First Class |
| 14693 | Washington County Tax Claim Bureau , 100 West Beau Street, Suite 205, Washington, PA, 15301-4483 | First Class |
| 14693 | Washington County Tax Claim Office , 95 West Beau St. Ste 525, Washington, PA, 15301-6837 | First Class |
| 14693 | West Penn Power , 800 Cabin Hill Drive, Greensburg, PA, 15601-1689 | First Class |
| 14693 | West Penn Power , 5001 NASA Blvd, Fairmont, WV, 26554-8248, United States of America | First Class |