**Date: 04/11/2024 01:30 pm**

**In re:   Highland Property, LLC**

**Bankruptcy No. 23-22032-CMB**
**Chapter: 11**
**Doc. # 68**

**Appearances:   Will Buchanon**
**Andrew Pratt, Esq.**
**Kate Bradley**
**Bruce Roberts**

**Nature of Proceeding: # 68 Motion to Convert Case from Ch. 11 to Ch. 7**

**Outcome: Hearing held. Matter continued to May 15, 2024, at 1:30 PM. Debtor is to submit proof of real estate insurance for each property by April 17, 2024. Attorney Bradley is to file a status report on April 18, 2024, stating if she received all necessary information from the Debtor. The case will be converted or dismissed if the Debtor does not provide all necessary information to attorney Bradley.**

FILED
4/12/24 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-22032-CMB

Highland Property, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Apr 12, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA 15012-4501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| Andrew Kevin Pratt | on behalf of Debtor Highland Property  LLC apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| David Bradley Bassi | on behalf of Creditor Joseph Federer dbassi@bmvlaw.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Highland Property  LLC dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Elvina Rofael
    on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

James R. Wood
    on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Vincent DiMaiolo
    on behalf of Creditor Secured Investment High Yield Fund II LLC vdimaiolo@feinsuch.com

TOTAL: 10