**Date: 05/21/2024 02:30 pm**

**In re:** Highland Property, LLC

**Bankruptcy No. 23-22032-CMB**
**Chapter: 11 (Small Business)**
**Doc. # 68**

**Appearances:** Andrew Pratt, Esq.
Jodi Hause

**Nature of Proceeding:** # 68 Rescheduled U.S. Trustee's Motion to Dismiss or Convert Case from Ch. 11 to Ch. 7

**Outcome:** Hearing held. No plan or disclosure statement filed by Debtor. Matter continued to July 9, 2024, at 2:30 PM. Debtor is to file a motion to appoint a realtor by May 28. Court will consider converting or dismissing the case.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
5/22/24 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22032-CMB |
| Highland Property, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: May 22, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

**Recip ID      Recipient Name and Address**
db          + Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA 15012-4501

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

**Name              Email Address**

Alyk L Oflazian
                on behalf of Creditor PNC Bank National Association amps@manleydeas.com

Andrew Kevin Pratt
                on behalf of Debtor Highland Property LLC apratt@c-vlaw.com,
                kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

David Bradley Bassi
                on behalf of Creditor Joseph Federer dbassi@bmvlaw.com

Denise Carlon
                on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com

Donald R. Calaiaro
                on behalf of Debtor Highland Property LLC dcalaiaro@c-vlaw.com,
                kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: May 22, 2024  Form ID: pdf900  Total Noticed: 1

Elvina Rofael
    on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

James R. Wood
    on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Vincent DiMaiolo
    on behalf of Creditor Secured Investment High Yield Fund II LLC vdimaiolo@feinsuch.com

TOTAL: 10