**Date: 05/21/2024 02:30 pm**

**In re:**   **Highland Property, LLC**

**Bankruptcy No. 23-22032-CMB**
**Chapter: 11 (Small Business)**
**Doc. # 72**

**Appearances:  Andrew Pratt, Esq.**
**Jodi Hause**

**Nature of Proceeding:  # 72 Rescheduled Status Conference**
**RE: # 1 Voluntary Petition Chapter 11**

**Outcome: Status Conference held. No Plan has been filed yet. Debtor in process of hiring broker to help sell properties. Debtor to file motion to appoint a realtor by May 28. Matter continued to July 9, 2024, at 2:30 PM.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
5/22/24 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-22032-CMB

Highland Property, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA 15012-4501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |
| Andrew Kevin Pratt | on behalf of Debtor Highland Property LLC apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| David Bradley Bassi | on behalf of Creditor Joseph Federer dbassi@bmvlaw.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Highland Property LLC dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Elvina Rofael
    on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

James R. Wood
    on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Vincent DiMaiolo
    on behalf of Creditor Secured Investment High Yield Fund II LLC vdimaiolo@feinsuch.com

TOTAL: 10