### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-22032 |
| **HIGHLAND PROPERTY, LLC** | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### OBJECTION TO THE DEBTOR'S MOTION TO APOINT REALTOR

  This firm represents Joseph Federer, who holds a secured claim against forty (40) properties owned by debtor. Debtor, under the direction of this court, has filed a motion to employ a realtor to assist in selling properties owned by the debtor which is returnable on July 9, 2024. Debtor has filed the motion to employ a realtor, however, has failed to include seventeen (17) properties which Joseph Federer holds a secured claim. Furthermore, the length of time and expense which would be expended to sell the entirety of the forty (40) properties which Joseph Federer holds a secured claim against would cause waste and a diminished value of each property to occur. Accordingly, Joseph Federer objects to the Motion to Appoint Realtor filed by Debtor.

Date:  June 24, 2024                 By: /s/ David B. Bassi
                                  David B. Bassi, Esq.
                                  Court I.D. 323306

I hereby certify that copies of this Objection to the Debtor's Motion to Appoint Realtor were served by ECF notice (electronically upon:

| | |
|---|---|
| Debtor's Counsel: | Assistant US Trustee |
| Donald R. Calaiaro | Office of the united Stastes Trustee |
| Calaiaro Valencik | Liberty Center |
| 938 Penn Avenue, Suite 501 | 1001 Liberty Avenue, Suite 970 |
| Pittsburgh, PA 15222-3708 | Pittsburgh, PA 15222 |