**PROCEEDING MEMO**

**Date: 07/09/2024 02:30 pm**

**In re:    Highland Property, LLC**

**Bankruptcy No.  23-22032-CMB**
**Chapter: 11 (Small Business)**
**Doc. #  68**

**Appearances:  Andrew Pratt, Esq.**
**David Bassi, Esq.**
**Bruce Roberts**
**Jodi Hause**

**Nature of Proceeding:  # 68 Continued Motion to Dismiss Or Convert Debtor's Chapter 11 Case**

**Outcome: Hearing held. Motion dismissed without prejudice.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
7/10/24 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA