**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 23-22032-CMB |
| Highland Property, LLC, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| | ) |
| Highland Property, LLC, | ) |
|     **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) **Document No.**   99 |

## ORDER OF COURT

    **AND NOW**, to-wit, this _9th_, day of _____July_____, 2024, on motion of the

Debtor, it is hereby **ORDERED** that the Debtor is granted an extension of time to October

21, 2024, to file a small business plan and disclosure statement. The deadline to confirm

a small business plan is extended until December 5, 2024.

**By the Court,**

FILED
7/9/24 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ **dmk**

**Honorable Carlota M. Böhm**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 23-22032-CMB

Highland Property, LLC                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                            User: auto                              Page 1 of 2
Date Rcvd: Jul 09, 2024                     Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**          **Definition**
+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

**Recip ID**                **Recipient Name and Address**
db                    +  Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA 15012-4501

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

Alyk L Oflazian
                        on behalf of Creditor PNC Bank  National Association amps@manleydeas.com

Andrew Kevin Pratt
                        on behalf of Debtor Highland Property  LLC apratt@c-vlaw.com,
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

David Bradley Bassi
                        on behalf of Creditor Joseph Federer dbassi@bmvlaw.com

Denise Carlon
                        on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com

Donald R. Calaiaro
                        on behalf of Debtor Highland Property  LLC dcalaiaro@c-vlaw.com,
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Elvina Rofael

District/off: 0315-2                          User: auto                              Page 2 of 2
Date Rcvd: Jul 09, 2024                      Form ID: pdf900                          Total Noticed: 1

     on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

James R. Wood
     on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Jodi Hause
     on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
     David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Vincent DiMaiolo
     on behalf of Creditor Secured Investment High Yield Fund II  LLC vdimaiolo@feinsuch.com


TOTAL: 10