# PROCEEDING MEMO

**Date: 07/18/2024 01:30 pm**

**In re:** **Highland Property, LLC**

**Bankruptcy No. 23-22032-CMB**
**Chapter: 11**
**Doc. # 93**

**Appearances:** Andrew Pratt, Esq.
David Bassi, Esq.
Bruce Roberts

**Nature of Proceeding:** # 93 Continued Application to Employ Carol K. Anden of Berkshire Hathaway Home Services The Preferred Realty

**Outcome:** Hearing held. Motion granted. Revised order submitted at Doc. No. 108 is entered.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
7/18/24 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA