**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 23-22032-CMB |
| Highland Property, LLC, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Highland Property, LLC, | ) **Hearing Date:** 07/09/24 @ 1:30 p.m. |
| **Movant,** | ) **Response Due:** 06/24/24 |
| v. | ) |
| No Respondents. | ) **Document No.** 93 |

**ORDER APPROVING RETENTION OF REALTOR/BROKER**

**AND NOW** upon consideration of the *Application to Employ Realtor (Motion Employ Realtor)* (the "Application") filed at Doc. No. ( 93 ) it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Application is hereby approved as of the date the Application was filed. All Responses or Objections to the Application are denied or overruled without prejudice.

2. *Carol K. Anden of Berkshire Hathaway HomeServices The Preferred Realty, 776 Rostraver Road, Belle Vernon, PA 15012* is hereby appointed as *Realtor* for Debtors in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of the following specified real estate:

| Address | Initial Listing Price |
|---|---|
| 623 4th Street, Donora, PA 15033 | $39,000 |
| 202 1/2 Meadow Avenue, Charleroi, PA 15022 | $45,000 |
| 600 8th Street, Charleroi, PA 15022 | $45,000 |
| 912 Lookout Avenue (Prospect Ave), Charleroi, PA 15022 | $42,000 |
| 908 Prospect Avenue, Charleroi, PA 15022 | $40,000 |
| 915 Prospect Avenue, Charleroi, PA 15022 | $40,000 |
| 505 8th Avenue, Charleroi, PA 15022 | $50,000 |
| 405 10th Street, Charleroi, PA 15022 | $55,000 |
| 407 10th Street, Charleroi, PA 15022 | $55,000 |
| 410 10th Street, Charleroi, PA 15022 | $65,000 |
| 730 Lookout Avenue, Charleroi, PA 15022 | $55,000 |
| 1141 Lincoln Avenue, Charleroi, PA 15022 | $59,000 |
| 1110 Lincoln Avenue, Charleroi, PA 15022 | $42,000 |
| 845 Lincoln Avenue, Charleroi, PA 15022 | $39,000 |
| 633 Washington Avenue, Charleroi, PA 15022 | $45,000 |
| 635 Washington Avenue, Charleroi, PA 15022 | $45,000 |
| 525 Washington Avenue, Charleroi, PA 15022 | $39,000 |

| | |
|---|---|
| 1209 McKean Avenue, Charleroi, PA 15022 | $65,000 |
| 810 Shady Avenue, Charleroi, PA 15022 | $59,000 |
| 632 Lincoln Avenue, Charleroi, PA 15022 | $45,000 |

A realtor commission in the amount of (i) **5%** on the sale price, or (ii) $3,500, whichever is greater, is tentatively approved, subject to a final court order. To the extent that Joseph Federer is the purchaser of any of the properties listed above, no realtor commission will be due.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

    4. The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on the application of the above criteria.

    5. A Status Conference to address the progress of the sale of any properties listed above shall be held within 45 days of the entry of this Order. At that time, the Debtor shall address whether any of the properties should be removed from the listing, and any other developments related to the sale or transfer of the properties.

    6. ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

Date: 7/18/2024

*(signature)* Honorable Carlota M. Böhm    dmk
United States Bankruptcy Judge

cc:   Trustee
      Debtor(s)
      Counsel
      Realtor/Broker
      Office of the U.S. Trustee

FILED
7/18/24 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22032-CMB |
| Highland Property, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA 15012-4501 |
| | + Carol K. Anden, Berkshire Hathaway Home Services, The Preferred Relty, 776 Rostraver Rd., Belle Vernon, PA 15012-1943 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| Andrew Kevin Pratt | on behalf of Debtor Highland Property  LLC apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| David Bradley Bassi | on behalf of Creditor Joseph Federer dbassi@bmvlaw.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Highland Property  LLC dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Jul 18, 2024  Form ID: pdf900  Total Noticed: 2

Elvina Rofael
    on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

James R. Wood
    on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Vincent DiMaiolo
    on behalf of Creditor Secured Investment High Yield Fund II LLC vdimaiolo@feinsuch.com

TOTAL: 10