# PROCEEDING MEMO

Date: 09/12/2024 01:30 pm

In re:   Highland Property, LLC

Bankruptcy No. 23-22032-CMB
Chapter: 11 (Small Business)
Doc. # 110

Appearances: Andrew Pratt, Esq.

David Bassi, Esq.

Nature of Proceeding: # 110 Status Conference re Order Approving Retention of Realtor/Broker

Additional Pleadings:

- Close to drafting an agreement transferring 31 properties; 9 properties will be left in estate.

- Debtor is developing reorganization plan to finalize and transfer properties.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
9/12/24 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA