**Form 209**

**UNITED STATES BANKRUPTCY COURT**  120 – 119
**WESTERN DISTRICT OF PENNSYLVANIA**  dkro

In re:  Bankruptcy Case No.: 23−22032−CMB

Chapter: 11
Hearing Date: 11/7/24 at 01:30 PM

**Highland Property, LLC**
80−0671459
    Debtor(s)

## CERTIFICATE OF SERVICE

I,_____, of ** _____
_____
_____

**CERTIFY:**

    That I am at least 18 years of age:

    That on the _____ day of _____, _____, I served a copy of the within Order
**Setting Date Certain** *together with the Motion* filed in this proceeding, on:

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on _____    _____
               (Date)                                                           (Signature)

**\*\*Indicate Current Mailing Address**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22032-CMB |
| Highland Property, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: 209 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| Andrew Kevin Pratt | on behalf of Debtor Highland Property  LLC apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com |
| David Bradley Bassi | on behalf of Creditor Joseph Federer dbassi@bmvlaw.com |
| Denise Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Highland Property  LLC dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| James R. Wood | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 22, 2024 | Form ID: 209 | Total Noticed: 1

on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jodi Hause

on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Vincent DiMaiolo

on behalf of Creditor Secured Investment High Yield Fund II  LLC vdimaiolo@feinsuch.com

TOTAL: 10