**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-22032** |
| **Highland Property, LLC** : | **Chapter 11** |
| : | **Judge Carlota M. Bohm** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| : | |
| : | |
| **No Respondent(s).** : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Stephen R. Franks
        Stephen R. Franks, Esquire (333394)
        Adam B. Hall (323867)
        MDK Legal
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R. Franks.
        Contact email is srfranks@mdklegal.com

24-025449_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-22032** |
| **Highland Property, LLC** | : **Chapter 11** |
| | : **Judge Carlota M. Bohm** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

 I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 30, 2024.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Donald R. Calaiaro, Attorney for Highland Property, LLC, dcalaiaro@c-vlaw.com

Andrew Kevin Pratt, Attorney for Highland Property, LLC, apratt@c-vlaw.com

Service by First-Class Mail:
Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA  15012

Bruce A Roberts, 304 Market St, Belle Vernon, PA  15012


EXECUTED ON: October 30, 2024

            By: /s/ Stephen R. Franks
            Signature
            Stephen R. Franks, Esquire
            Typed Name
            P.O. Box 165028, Columbus, OH 43216-5028
            Address
            614-220-5611
            Phone No.
            333394
            List Bar I.D. and State of Admission


24-025449_PS