# PROCEEDING MEMO

**Date: 11/07/2024 01:30 pm**

**In re:** **Highland Property, LLC**

**Bankruptcy No. 23-22032-CMB**
**Chapter: 11 (Small Business)**
**Doc. # 119**

**Appearances: Donald Calaiaro, Esq.**

**Nature of Proceeding: # 119 Motion to Extend Small Business Deadlines**

**Additional Pleadings:**

**- No responses or opposition**

**- Outcome: Motion granted and Order entered.**

**- Housekeeping Matter: Motion to Settle with Attorney Bassito be filed in 2 weeks.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
11/7/24 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA