**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| In re:<br><br>HIGHLAND PROPERTY, LLC,<br><br>    Debtor,<br>―――――――――――<br><br>UNITED STATES TRUSTEE,<br><br>      Movant,<br><br>       v.<br><br>HIGHLAND PROPERTY, LLC<br><br>     Respondent. | Case Number: 23-22032-CMB<br><br>Chapter 11<br><br><br>Related to Doc. No.:<br><br><br><br>Hearing Date & Time:<br>January 7, 2025, at 1:30 p.m.<br><br>Response Deadline:<br>December 23, 2024 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CHAPTER 11 CASE
PURSUANT TO 11 U.S.C. § 1112(b) OR, IN THE ALTERNATIVE,
TO CONVERT THE CASE TO CHAPTER 7**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **December 23, 2024,** in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    **You should take this Notice and the Motion to a lawyer at once.**

    A hearing will be held on **January 7, 2025 at 1:30 p.m**. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions

regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: 12/05/2024                By:    */s/ Jodi L. Hause*
                                                   Jodi L. Hause, Trial Attorney
                                                   Office of the United States Trustee
                                                   PA ID 90625
                                                   1000 Liberty Avenue, Ste. 1316
                                                   Pittsburgh, Pennsylvania 15222
                                                   (412) 644-4756 Telephone
                                                   Email: Jodi.Hause@usdoj.gov