**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 23-22032-CMB |
| | ) |
| Highland Property, LLC, | ) **Chapter** 11 |
| | ) **Related Document No.** 141 |
| **Debtor.** | ) **Document No.** |

### NOTICE OF WITHDRAWAL

The Motion to Determine Secured Status, filed in this bankruptcy case on December 12, 2024, was filed in error. (Doc. No. 141)

**Respectfully submitted,**

**DATED:** December 12, 2024      **CALAIARO VALENCIK**

**BY:** /s/ Andrew K. Pratt
Andrew K. Pratt, Esq.     PA I.D. No. 328784
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Telephone:  (412) 232-0930
Fax:          (412) 232-3858
Email:        apratt@c-vlaw.com

**Date:**_____      **SO ORDERED.**

_____
**Honorable Carlota M. Böhm
United States Bankruptcy Judge**