# 130 PROCEEDING MEMO

**Date: 12/19/2024 02:30 pm**

**In re:** Highland Property, LLC

**Bankruptcy No.** 23-22032-CMB
**Chapter:** 11 (Small Business)
**Doc. #** 130

**Appearances:** Donald Calaiaro, Esq.
David Bassi, Esq.
Jodi Hause, United States Trustee

**Nature of Proceeding:** # 130 Debtor's Motion to Approve Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019.

**Additional Pleadings:** #138 Joseph Federer's Objection

- Motion is Withdrawn


Carlota Böhm
U.S. Bankruptcy Judge


FILED
12/19/24 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA