# PROCEEDING MEMO

**Date: 12/19/2024 02:30 pm**

**In re:** Highland Property, LLC

**Bankruptcy No. 23-22032-CMB**
**Chapter: 11 (Small Business)**
**Doc. # 132**

**Appearances:** Donald Calaiaro, Esq.
David Bassi, Esq.
Jodi Hause, Esq.
Elvina Rofael, Esq.

**Nature of Proceeding:** # 132 Motion to Extend Small Business Deadlines

**Additional Pleadings:** #140 Debtor's Response to Text Order of 11/25/2024

- Status Report to be filed by January 2, 2025, by Debtor indicating whether the Debtor is consenting to a dismissal or not objecting to it.

- Problems:

    - No proof of insurance

    - No monthly reports

    - Feasibility of plan is at issue

- On January 7, 2025, if case is still here, the Court will consider Dismissing with Prejudice

FILED
12/19/24 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
U.S. Bankruptcy Judge