IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

HIGHLAND PROPERTY, LLC,                 Bankruptcy No. 23-22032-CMB

    Debtor.
                                        Chapter 11

UNITED STATES TRUSTEE,                  Related to Doc. No. 135

    Movant,

v.

HIGHLAND PROPERTY, LLC,

    Respondent.

## ORDER

**AND NOW,** this 26th day of December, 2024, upon consideration of the *Motion of the United States Trustee to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. §1112(b) or, in the Alternative, to Convert the Case to Chapter 7* ("Motion," Doc. No. 135), the Consent to the Motion (Doc. No. 146) filed by Debtor seeking dismissal without prejudice, and for the reasons set forth on the record on December 19, 2024, and finding cause to exist,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.
2. The above-captioned case is **DISMISSED** without prejudice.
3. The hearing on January 7, 2025, and status conference on January 28, 2025, are **CANCELLED** as all pending matters are rendered moot due to the dismissal of the case.

_____  dmk
Carlota M. Böhm
United States Bankruptcy Judge

FILED
12/26/24 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-22032-CMB

Highland Property, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Dec 26, 2024      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Highland Property, LLC, 1364 Rostraver Road, Belle Vernon, PA 15012-4501 |
| aty | | Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| cr | + | Joseph Federer, 209 West 13th St, Donora, PA 15033, UNITED STATES 15033-2034 |
| 15643152 | | 95 West Beau Street Ste. 525, 95 Wet Beau Street Ste. 525, Washington, PA 15301 |
| 15643155 | + | 95 Wet Beau Street Ste. 525, 95 West Beau Street Ste. 525, Washington, PA 15301-6837 |
| 15640740 | + | Authority of Borough of Charleroi, 3 McKean Ave., Charleroi, PA 15022-1436 |
| 15640742 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 2318, Columbus, OH 43216 |
| 15640741 | + | Charleroi Borough Garbage, 338 Fallowfield Ave.., Charleroi, PA 15022-1409 |
| 15640743 | + | Dennis J. Spyra, Esquire, 3265 Long Hollow Road, Elizabeth, PA 15037-9425 |
| 15640744 | + | Joseph Federer, 209 West 13th Street, Donora, PA 15033-2034 |
| 15640745 | + | Lake City Servicing, Secured Investment Corp., 701 E. Front Ave., Suite 201, Coeur D Alene, ID 83814-4914 |
| 15640746 | + | Mon Valley Sewage Authority, 20 S. Washington Street, Donora, PA 15033-1394 |
| 15640747 | + | PNC Bank, 840 Rostraver Road, Belle Vernon, PA 15012-1945 |
| 15698223 | + | Ringgold School District, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 15698224 | + | Ringgold School District, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 15640748 | + | Ringold School District, c/o Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 15678225 | + | SECURED INVESTMENT HIGH YIELD FUND II, LLC, ATTN: VINCENT DIMAIOLO, JR. ESQ., FEIN, SUCH, KAHN & SHEPARD, P.C., 7660 IMPERIAL WAY, SUITE 121, ALLENTOWN, PA 18195-1022 |
| 15640749 | + | Washington County Tax Claim Bureau, 100 West Beau Street, Suite 205, Washington, PA 15301-4483 |
| 15641596 | + | Washington County Tax Claim Office, 95 West Beau St. Ste 525, Washington, PA 15301-6837 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15680381 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2024 01:22:00 | PNC Bank N.A., 3232 Newmark Drive, Miamisburg OH 45342 |
| 15681662 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 27 2024 01:22:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15644452 | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Dec 27 2024 01:22:00 | United States Trustee, 1001 Liberty Center, Suite 970, Pittsburgh, PA 15222-3721 |
| 15675137 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 27 2024 01:22:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15640750 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 27 2024 01:22:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | Secured Investment High Yield Fund II, LLC, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | *+ | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Highland Property LLC apratt@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| David Bradley Bassi | on behalf of Creditor Joseph Federer dbassi@bmvlaw.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Highland Property LLC dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| James R. Wood | on behalf of Creditor Ringgold School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Stephen Russell Franks | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |
| Vincent DiMaiolo | on behalf of Creditor Secured Investment High Yield Fund II LLC vdimaiolo@feinsuch.com |

TOTAL: 10